United States District Court
Southern District of Texas

**ENTERED**

September 28, 2021

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **MARIA RAWLS,** *et al,* | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:19-CV-159** |
| | § | |
| **OLD REPUBLIC GENERAL INSURANCE** | § | |
| **GROUP, INC.,** *et al,* | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ADOPTING THE REPORT AND RECCOMENDATION

Pending is the Magistrate Judge's Report and Recommendation (Dkt. 40) regarding a settlement agreement involving two minor plaintiffs, R.A.R. and R.A.R. In the Report and Recommendation the Magistrate Judge found that the Minor Plaintiffs' interests are properly protected, that the proposed settlement is fair and reasonable as it pertains to the Minor Plaintiffs, and that the proposed settlement is in the Minor Plaintiffs' best interest. (Dkt. 40 at 4.) The Parties, through their counsel, waived their right to object to the Magistrate Judge's findings and recommendations, and asked the Court to accept the Magistrate Judge's Report and Recommendation. (Dkt. 40 at 5.) Having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should be and is hereby ACCEPTED. In accordance with the Report and Recommendation, the Court ORDERS as follows:

1. Out of the $30,000 settlement that the Defendant agreed to pay, the sum of $5,000 shall be placed in the Registry of the Court to deposit in an interest-bearing account pursuant to Fed. R. Civ. P. 67(b) and 28 U.S.C. § 2041 for the benefit of the first Minor Plaintiff, R.A.R., pending further order of the Court.

2. Out of the $30,000 settlement that the Defendant agreed to pay, the sum of $5,000 shall be placed in the Registry of the Court to deposit in an interest-bearing account pursuant to Fed. R. Civ. P. 67(b) and 28 U.S.C. § 2041 for the benefit of the second Minor Plaintiff, R.A.R., pending further order of the Court.

3. To be assessed as taxable costs of court, the Defendant shall pay the sum of $1,650 to Mr. Jose Luis Castillo, as reasonable and necessary fees and expenses incurred by him as the appointed guardian *ad litem*.

The parties are ORDERED to file their Joint Stipulation of Dismissal by **October 29, 2021.**

IT IS SO ORDERED.

SIGNED this 28th day of September, 2021.



_____
Diana Saldaña
United States District Judge

